UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CONSUMER FINANCIAL PROTECTION BUREAU, *et al*,

Plaintiffs,

vs.

DOUGLAS MACKINNON, *et al*.

Case No. 1:16-cv-00880

Defendants.

---

**NOTICE OF MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS**

| | |
|---|---|
| MOTION BY: | Plaintiffs Consumer Financial Protection Bureau and the People of the State of New York by Eric T. Schneiderman, Attorney General for the State of New York |
| RELIEF SOUGHT: | Dismissal of Defendants' counterclaims pursuant to Rule 12(c) of the Federal Rules of Civil Procedure and such other and further relief as the Court deems just and proper. |
| WHEN RETURNABLE: | As directed by the Court |
| WHERE RETURNABLE: | Hon. Frank P. Geraci, Jr.<br>United States Courthouse<br>100 State Street<br>Rochester, New York 14614 |
| SUPPORTING PAPERS: | Memorandum of Law |

Pursuant to Local Rule 7(a)(1), notice is hereby given that Defendants intend to file reply papers. Pursuant to Local Rule 7(b) any opposing papers must be served at least fourteen (14) days prior to the return date of the motion unless otherwise ordered by the Court.

**DATED:** Buffalo, New York
June 8, 2017

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
BY:

/s/ *Christopher L. Boyd*
JAMES M. MORRISSEY
CHRISTOPHER L. BOYD
Assistant Attorneys General of Counsel
Main Place Tower, Suite 300A
350 Main Street
Buffalo, NY 14202
(716) 853-8471
Christopher.Boyd@ag.ny.gov

Anthony Alexis
*Enforcement Director*
Jeffrey Paul Ehrlich
*Deputy Enforcement Director*
John C. Wells
*Assistant Litigation Deputy*

*/s/ Stefanie Isser Goldblatt*
Stefanie Isser Goldblatt
Jade A. Burns
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone: (212) 328-7011
Facsimile: (212) 328-7050
Email: stefanie.goldblatt@cfpb.gov
Attorneys for Consumer Financial Protection Bureau