**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU AND THE PEOPLE OF THE STATE OF NEW YORK, BY ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL FOR THE STATE OF NEW YORK,<br><br>        Plaintiffs,<br><br>        v.<br><br>DOUGLAS MACKINNON, MARK GRAY, NORTHERN RESOLUTION GROUP, LLC, ENHANCED ACQUISITIONS, LLC, AND DELRAY CAPITAL, LLC,<br><br>        Defendants. | No. 1:16-CV-00880-FPG-HKS |

**NOTICE OF MOTION TO COMPEL (1) DEFENDANTS TO ELECT WHETHER THEY WILL RAISE AN ADVICE-OF-COUNSEL DEFENSE; (2) DEFENDANTS TO PROVIDE COMPLETE ANSWERS TO INTERROGATORY NO. 2; AND (3) NONPARTY ATTORNEYS TO COMPLY WITH SUBPOENAS**

| | |
|---|---|
| MOTION BY: | Plaintiff People of the State of New York by Eric T. Schneiderman, Attorney General for the State of New York |
| RELIEF SOUGHT: | An Order compelling (1) Defendants to elect whether they will raise an advice-of-counsel defense within 14 days of the Court's order or else the defense will be deemed waived; (2) Defendants to provide complete answers to Interrogatory No. 2 within 14 days of the Court's order; and (3) nonparty attorneys to comply with Plaintiffs' subpoenas seeking testimony and documents if and when Defendants elect to raise an advice-of-counsel defense. |
| WHEN RETURNABLE: | As provided for by the Local Rules or set by the Court |

| | |
|---|---|
| WHERE RETURNABLE: | Hon. H. Kenneth Schroeder, Jr.<br>United States Magistrate Judge<br>2 Niagara Square<br>Buffalo, New York 14202 |
| SUPPORTING PAPERS: | Memorandum of Law and Declaration of Christopher Boyd with attached exhibits |

Pursuant to Local Rule 7(a)(1), notice is hereby given that Plaintiff intends to file reply papers. Pursuant to Local Rule 7(b) any opposing papers must be served within fourteen (14) unless otherwise ordered by the Court

Dated: December 15, 2017
      Buffalo, New York

Respectfully submitted,

*/s/ Christopher L. Boyd*
JAMES M. MORRISSEY
CHRISTOPHER L. BOYD

Assistant Attorneys General
350 Main Street, Suite 300A
Buffalo, New York 14202
Telephone: (716) 853-8471
Facsimile: (716) 853-8414
Email: Christopher.Boyd@ag.ny.gov

*Counsel for Plaintiff State of New York*