UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU AND THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, ATTORNEY GENERAL FOR THE STATE OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>DOUGLAS MACKINNON, MARK GRAY, NORTHERN RESOLUTION GROUP, LLC, ENHANCED ACQUISITIONS, LLC, AND DELRAY CAPITAL, LLC,<br><br>Defendants. | No. 1:16-CV-00880-FPG-HKS<br><br>**JOINT STIPULATION FOR ENTRY OF PROPOSED STIPULATED FINAL JUDGMENT AND ORDER** |

Plaintiffs the Consumer Financial Protection Bureau and the People of the State of New York, by Letitia James, the Attorney General of the State of New York and Defendants Douglas MacKinnon, Northern Resolution Group, LLC, and Enhanced Acquisitions, LLC respectfully request that the Court enter the attached, proposed Stipulated Final Judgment and Order.

**SO STIPULATED AND AGREED**

**FOR PLAINTIFFS:**

CONSUMER FINANCIAL PROTECTION BUREAU

*[signature]* Date: 5/12/19

Stefanie Isser Goldblatt
Jade A. Burns
Zach Mason
1700 G Street, NW
Washington, DC 20552
Telephone: (212) 328-7009
Facsimile: (212) 328-7050
Email: stefanie.goldblatt@cfpb.gov

PEOPLE OF THE STATE OF NEW YORK
by LETITIA JAMES,
ATTORNEY GENERAL OF THE STATE OF NEW YORK

_____   Date: 7/24/19
Christopher Boyd
Assistant Attorney General
350 Main Street - Ste 300A
Buffalo, NY 14202
T: (716) 853-8457
Christopher.Boyd@ag.ny.gov

**FOR DEFENDANTS:**

_____   Date: June 7 2019
Dennis Vacco, Esq.
Eric Soehnlein, Esq.
Lippes Mathias Wexler Friedman, LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
T: (716) 853-5100
dvacco@lippes.com; esoehnlein@lippes.com

COUNSEL For: Douglas MacKinnon, Northern Resolution
Group, LLC; and Enhanced Acquisitions, LLC

**DEFENDANTS:**

_____   Date: 6/10/2019
Douglas MacKinnon

_____   Date: 6/10/2019
Douglas MacKinnon
As an officer of Northern Resolution Group, LLC

_____   Date: 6/10/2019
Douglas MacKinnon
As an officer of Enhanced Acquisitions, LLC