UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU AND THE PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY GENERAL FOR THE STATE OF NEW YORK,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DOUGLAS MACKINNON, MARK GRAY, NORTHERN RESOLUTION GROUP, LLC, ENHANCED ACQUISITIONS, LLC, AND DELRAY CAPITAL, LLC,<br><br>　　　　　Defendants. | No. 1:16-CV-00880-FPG-HKS<br><br>**JOINT STIPULATION FOR ENTRY OF PROPOSED STIPULATED FINAL JUDGMENT AND ORDER** |

Plaintiffs the Consumer Financial Protection Bureau and the People of the State of New York, by Letitia James, the Attorney General of the State of New York, and Defendants Mark Gray and Delray Capital, LLC respectfully request that the Court enter the attached, proposed Stipulated Final Judgment and Order.

**SO STIPULATED AND AGREED**

**FOR PLAINTIFFS:**

CONSUMER FINANCIAL PROTECTION BUREAU

*Stefanie Isser Goldblatt /AL*　　　　　　　　　　Date: July 25, 2019
Stefanie Isser Goldblatt
Jade A. Burns
Zach Mason
1700 G Street, NW
Washington, DC 20552
Telephone: (212) 328-7009
Facsimile: (212) 328-7050
Email: stefanie.goldblatt@cfpb.gov

PEOPLE OF THE STATE OF NEW YORK
BY LETITIA JAMES,
ATTORNEY GENERAL OF THE STATE OF NEW YORK

_____   Date: 7/25/19
Christopher Boyd
Assistant Attorney General
350 Main Street - Ste 300A
Buffalo, NY 14202
Telephone: (716) 853-8457
Facsimile: (716) 853-8428
Email: Christopher.Boyd@ag.ny.gov

**FOR DEFENDANTS:**

_____   Date: 7/25/2019
Joseph G. Makowski
April J. Orlowski

Joseph G. Makowski, LLC
448 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 881-1890
Facsimile: (716) 551-0828
Email: jmakowski@aol.com

**DEFENDANTS:**

_____   Date: 7/24/2019
Mark W. Gray

_____   Date: 7/24/2019
Mark W. Gray
As a member of Delray Capital, LLC